MARTHA M. TURNER, Administratrix, etc., Respondent, *v.* LEMUEL B. TREADWAY et al., Appellants.

(Argued October 6, 1873; decided October 10, 1873.)

THIS was an action upon a promissory note given by defendants to Wilbur Turner, and transferred by the payee to plaintiff's intestate in payment of a precedent debt. Such debt was not evidenced by any writing or written acknowledgment, and no security was parted with by the transferree. Defendants set up in their answer that the note was given for the purchase-price of goods sold by the payee, and alleged a breach of warranty in the sale, asking to recoup damages. The court below held that payment of the precedent debt made plaintiff's intestate a *bona-fide* holder, and refused to submit any

question to the jury save as to whether the note was transferred before or after maturity, the jury found that it was transferred before. *Held,* that the ruling of the court was error ; that plaintiff's intestate was not a *bona fide* holder within the uniform decisions from *Codington* v. *Bay* (20 J. R., 637) to *Weaver* v. *Barden* (49 N. Y., 267), and that the note was therefore subject, in his hand, to any legal or equitable defence which existed against it in the hands of the payee.

*Samuel Hand* for appellants.

*P. E. Havens* for the respondent.

ALLEN, J., reads for reversal and new trial.
All concur.
Judgment reversed.